Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone      (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

GABRIEL PORRAS SERRANO

CASE NO. 14-70104-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 6033 | SS#2: |

## REPORT OF 341 MEETING

**I. 341 MEETING REPORT:**

A. Orig. Date:   5/5/2014   Orig. Time:   11:00 AM        Reset Date:        Reset Time:

B. Meeting Results:      Adjourned

C. Debtor(s):      Debtor 1 Appeared

D. Attorney for Debtor(s):      Appeared

E. Creditor Appearance:      None

F. Amount Paid to the Trustee as of      5/5/2014      $790.00      First Payment Due Date:      5/3/2014

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:      Incomplete

Budgeted Income:   $4,305.86      Expense:   $3,485.86   Surplus:   $820.00

Plan Payment:   $820.00   Monthly                        Plan Term(Months):   60

I. Value of Non-Exempt Property:      $0.00   Proposed Amount to Unsecured Creditors:      $0.00

___   Objection to Exemption of:

___   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

___   Object to Invoke Stay Pleading

___   Case Converted from Chapter 7, Bar Date Set:      8/4/2014      Date Converted from Chapter 7:

J. Required Information:      Good

K. Business Information:

L. Object to Confirmation:      Yes

22c fails to include correct income figures
Sch I fails to list accurate income figures
Trustee requests $175 step payment to begin May 2015
Sch J lists excessive expenses
Failure to include all disposable income
Feasibility until all claims are properly treated

M. Financial Management Class:      Debtor 1 Appeared

N. Eligibility:

Certificate of Credit Counseling Filed:      Debtor 1 Only

Credit Counseling Provider Approved:                  Yes

Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):      No

O. Domestic Support Obligation:      $0.00   Current:                  Arrears:      $0.00

Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:      Questions
        -22c fails to include correct income figures
            -Since counted as household members all income must be included not $300 contribution
            -2013 tax return states single so what is household size & relation ship?
        2 years or more she has lived with him. 5 in HH full time.
            -Sch I Mr's income should be $6,046 not $5,721 & deduction $1,821 not $1715
            -$220 difference based on 3/28/14 YTD/7x26/12 -- 22c does prove $5,721 gross
        He worked more OT than usual causing OT to be higher than normal.
            -Sch I fails to list accurate income figures

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone      (806) 748-1956 Fax

-Roommate contribution of $300, but since counted as household members all income must be included.
-Trustee requests $175 step payment to begin May 2015
-$89 bi-weekly or $192.83/mo for Ipads completes in 12 mos per Sch G.
Yes, correct.
-Sch J lists excessive expenses
-Nat'l Std 1, 1, & 1 $2,424 -- Adj Nat'l Std $2,424 -- Adjusted by $0
-Sch J $3,485 & debt in plan $673 totals $4,158 or $1,734 above Adj Nat'l Std
-$159/mo maint, $269 cell/internet/cable, $950 food, $244 clothing, $70 personal care
Yes on average home maint
Bundle is $269
Normal for 5 on the others
-$550 x-port, $290 insurance, $75 auto maint
accident on policy mkes it higher.
60 roundtrip for work per day or 360/wk x 52 weeks/12months or 18,720 miles /year
$18,720/25miles a gallon is 749 gallonsx$3.50=$2,621/12
$218/month not $550
-Sch J net income $820, but plan payment only $790
Just from the WW Directive. Plan has $820
-Failure to include all disposable income
-Feasibility until all claims are properly treated
-Rancher's Investment claim filed $13,000 higher than scheduled & more than valued
-Feasibility to pay sec, prio,& admin requires $59,000, but still secured claims not filed.

Dated:        5/5/2014                                                    /s/ Walter O'Cheskey

                                                                         Standing Bankruptcy Trustee
                                                                         By:        Brent Hagan

| Case Number: | 14-70104 | | | | |
|---|---|---|---|---|---|
| Debtor: | Serrano | | | | |
| Attorney: | White | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 5/5/2014 9:22 |

| Domestic Support   Input name from Plan | Arrears<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | Int. Rate<br>Enter from Plan | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| Rancher's Investments | $30,080.00 | 6.00% | 60 | $581.53 | $34,891.84 |
| YCAD - Land | $2,108.01 | 12.00% | 48 | $55.51 | $2,664.58 |
| YCAD - 730 Pecan | $1,117.12 | 12.00% | 24 | $52.59 | $1,262.08 |
| Matt Motors | $9,000.00 | 5.50% | 60 | $171.91 | $10,314.63 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor        Input name from Plan | Value/Claim Amount<br>Enter amount from Plan | | Term<br>Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| **Attorney Fees**        Paid Through the Plan | $3,176.00 | | | | $3,176.00 |
| **Noticing Fees** | $87.12 | | | | $87.12 |
| **Clerk Filing Fees** | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $3,176.00 | | | | |
| Less Noticing Fees | $87.12 | | Greater Of --------> | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| **Chapter 7 Minimum (Net)** | **$0.00** | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $25,989.00 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $58,208.37 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $49,200.00 |
| Surplus (Debtor Plan Base - Calculated Base) | -$9,008.37 |

**Comments:**